1  BRUCE SCOTT DICKINSON, ESQ.
   Nevada Bar No. 002297
2  MICHAEL HOTTMAN, ESQ.
   Nevada Bar No. 008501
3  JACQUELYN M. FRANCO, ESQ.
   Nevada Bar No. 13484
4  **STEPHENSON & DICKINSON, P.C.**
5  2820 West Charleston Boulevard, Suite B-19
   Las Vegas, Nevada 89102
6  Telephone: (702) 474-7229
7  Facsimile:  (702) 474-7237
   *email:  admin@sdlawoffice.net*
8
9  Attorneys for Defendants

10

11          **UNITED STATES DISTRICT COURT**

12              **DISTRICT OF NEVADA**

13
   AZUCENA CASTRO, individually, CLAUDIA      CASE NO.: 2:15-cv-01908-JCM-GWF
14 E. CASTRO, individually, JOSE SILVESTRE
   CASTRO,
15
16              Plaintiffs,
                                              **STIPULATION AND ORDER DISMISSING**
17 vs.                                        **WITHOUT PREJUDICE PLAINTIFF'S**
                                              **FOURTH THROUGH  SEVENTH CAUSES**
18 CRAIG STUART POULTON, individually; and    **OF ACTION**
   as the employee of USF REDDAWAY, INC.; an
19 Oregon corporation; DOES I-X; and ROE
   CORPORATIONS I-X, inclusive,
20
21              Defendants.

22

23      Plaintiff and Defendants stipulate to dismissing without prejudice Plaintiff's fourth cause of
24 action (Negligent Entrustment), fifth cause of action (Negligent Hiring), sixth cause of action
25 (Negligent Training), and seventh cause of action (Negligent Supervision).
26 / / /
27 / / /
28 / / /

                              1

1     In addition, the fourth through seventh causes of action shall be stricken from the Amended

2  Complaint.

3  DATED this __6th__ day of January, 2016.

DATED this __6th__ day of January, 2016.

5  STEPHENSON & DICKINSON, P.C.

THE COTTLE FIRM

7  ____/s/ Michael Hottman_____

____/s/ Matthew Minucci_____

BRUCE SCOTT DICKINSON, ESQ.
Nevada Bar No. 002297
MICHAEL HOTTMAN, ESQ.
Nevada Bar No. 008501
2820 West Charleston Boulevard, Suite B-19
Las Vegas, Nevada 89102
P: (702) 474-7229
F: (702) 474-7237
*Attorneys for USF Reddaway and
Barry Jacobson*

ROBERT COTTLE, ESQ.
Nevada Bar No.: 004576
MATTHEW D. MINUCCI, ESQ.
Nevada Bar No.: 012449

8635 S. Eastern Avenue
Las Vegas, NV 89123
T: 702-722-6111
F: 702-384-8555
rcottle@cottlefirm.com
mminucci@cottlefirm.com
*Attorneys for Plaintiffs*

### ORDER

**IT IS SO ORDERED** January 15, 2016.

_____
**UNITED STATES DISTRICT COURT JUDGE**

2