Janine C. Prupas
Nevada Bar No. 9156
Morgan T. Petrelli
Nevada Bar No. 13221
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile:  (702) 784-5252
Email: jprupas@swlaw.com
Email: mpetrelli@swlaw.com

Attorneys for Defendants

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| AZUCENA CASTRO, individually, CLAUDIA E. CASTRO, individually, JOSE SILVESTRE CASTRO,<br><br>Plaintiffs,<br><br>vs.<br><br>CRAIG STUART POULTON, individually; and as the employee of USF REDDAWAY, INC., an Oregon corporation; DOES I-X; and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | CASE NO.:  2:15-cv-01908-JCM-GWF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANTS TO OPPOSE PLAINTIFF'S MOTION IN LIMINE #1 TO PRECLUDE DEFENDANTS FROM PRESENTING A FRAUD DEFENSE AT TRIAL** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff AZUCENA CASTRO and Defendants CRAIG STUART POULTON and USF REDDAWAY, INC., through their respective counsel of record, that Defendants have an extension of the deadline to file an Opposition to Plaintiff's Motion in Limine #1 to Preclude Defendants from Presenting a Fraud Defense at Trial [Doc. 25], through and including October 7, 2016.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

IT IS SO STIPULATED.

DATED this 15th day of September, 2016.           DATED this 15th day of September, 2016.

SNELL & WILMER L.L.P.                             THE COTTLE FIRM

By: /s/ Morgan T. Petrelli                        By: /s/ Matthew D. Minucci
Janine C. Prupas                                  Robert W. Cottle
Nevada Bar No. 9156                               Nevada Bar No. 4576
Morgan T. Petrelli                                Matthew D. Minucci
Nevada Bar No. 13221                              Nevada Bar No. 12449
3883 Howard Hughes Pkwy., Ste. 1100               8635 South Eastern Avenue
Las Vegas, NV 89169                               Las Vegas, NV 89123

Attorneys for Defendants                          Attorneys for Plaintiffs

**ORDER**

IT IS SO ORDERED.

DATED September 22, 2016.

_____
UNITED STATES DISTRICT JUDGE

- 2 -

# **CERTIFICATE OF SERVICE**

I, the undersigned, declare under penalty of perjury, that I am over the age of eighteen (18) years, and I am not a party to, nor interested in, this action. On this date, I caused to be served a true and correct copy of the foregoing **STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANTS TO OPPOSE PLAINTIFF'S MOTION IN LIMINE #1 TO PRECLUDE DEFENDANTS FROM PRESENTING A FRAUD DEFENSE AT TRIAL** by the method indicated below:

| | | | |
|---|---|---|---|
| _____ | U.S. Mail | _____ | Federal Express |
| XXXXX | Electronic Service (CM/ECF) | _____ | U.S. Certified Mail |
| _____ | Facsimile Transmission | _____ | Hand Delivery |
| _____ | Email Transmission | _____ | Overnight Mail |

and addressed to the following:

Robert W. Cottle, Esq.
Nevada Bar No. 4576
Matthew D. Minucci, Esq.
Nevada Bar No. 12449
**THE COTTLE FIRM**
8635 South Eastern Avenue
Las Vegas, NV 89123
Telephone: (702) 722-6111
Facsimile:  (702) 834-8555
Email: rcottle@cottlefirm.com
Email: mminucci@cottlefirm.com
Attorneys for Plaintiffs

DATED this __15th__ day of September, 2016.

/s/ Tonya C. Stephenson
An Employee of Snell & Wilmer L.L.P.

24856446