

1  Janine C. Prupas
   Nevada Bar No. 9156
2  Morgan T. Petrelli
   Nevada Bar No. 13221
3  SNELL & WILMER L.L.P.
   3883 Howard Hughes Parkway, Suite 1100
4  Las Vegas, NV 89169
   Telephone: (702) 784-5200
5  Facsimile:  (702) 784-5252
   Email: jprupas@swlaw.com
6  Email: mpetrelli@swlaw.com

7  Attorneys for Defendants

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| AZUCENA CASTRO, individually, CLAUDIA E. CASTRO, individually, JOSE SILVESTRE CASTRO,<br><br>Plaintiffs,<br><br>vs.<br><br>CRAIG STUART POULTON, individually; and as the employee of USF REDDAWAY, INC., an Oregon corporation; USF REDDAWAY, INC., an Oregon corporation; DOES I-X; and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | CASE NO.:  2:15-cv-01908-JCM-GWF<br><br>**STIPULATION AND ORDER TO CONTINUE HEARINGS ON MOTIONS CURRENTLY SET FOR MARCH 23, 2017** |

COMES NOW, Plaintiff AZUCENA CASTRO ("Plaintiff) and Defendants CRAIG STUART POULTON, individually; and as the employee of USF REDDAWAY, INC., an Oregon corporation; USF REDDAWAY, INC., an Oregon corporation ("Defendants"), by and through their attorneys of record, and hereby stipulate and agree to continue the hearings on Plaintiff's

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

Emergency Motion to Quash Subpoena [Dkt. No. 44], Plaintiff's Motion to Compel [Dkt. No. 45], currently scheduled for March 23, 2017 at 1:30 p.m., to March 30, 2017 at 1:30 p.m. in Courtroom 3A.

DATED this __28th__ day of February, 2017.

| SNELL & WILMER L.L.P. | THE COTTLE FIRM |
|---|---|
| By: /s/ Morgan T. Petrelli<br>Janine C. Prupas<br>Nevada Bar No. 9156<br>Morgan T. Petrelli<br>Nevada Bar No. 13221<br>3883 Howard Hughes Pkwy., Ste. 1100<br>Las Vegas, NV 89169 | By: /s/ Matthew D. Minucci<br>Robert W. Cottle,<br>Nevada Bar No. 4576<br>Matthew D. Minucci<br>Nevada Bar No. 12449<br>8635 South Eastern Avenue<br>Las Vegas, NV 89123 |
| Attorneys for Defendants | Attorneys for Plaintiffs |

**ORDER**

IT IS HEREBY ORDERED.

DATED this __1st__ day of _____March_____, 2017.

_____
UNITED STATES MAGISTRATE JUDGE

Prepared and Submitted by:
SNELL & WILMER L.L.P.

/s/ Morgan T. Petrelli
Janine C. Prupas
Nevada Bar No. 9156
Morgan T. Petrelli
Nevada Bar No. 13221
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169

Attorneys for Defendants

25858466