# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| AZUCENA CASTRO, et al., | Case No. 2:15-CV-1908 JCM (GWF) |
|---|---|
| Plaintiff(s), | ORDER |
| v. | |
| CRAIG STUART POULTON, et al., | |
| Defendant(s). | |

Presently before the court is plaintiff Azucena Castro's motion *in limine*. (ECF No. 25). Defendants Craig Poulton and USF Reddaway, Inc. filed a response (ECF No. 28), to which plaintiff replied (ECF No. 30).

"Motions in limine will not be considered unless the movant attaches a statement certifying that the parties have participated in the meet-and-confer process and have been unable to resolve the matter without court action." LR 16-3(a). In the instant motion, plaintiff has failed to attach the requisite certifying statement.

Accordingly,

IT IS HEREBY ORDERED that plaintiff's motion *in limine* (ECF No. 25) be, and the same hereby is, DENIED.

DATED March 14, 2017.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**