# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

AZUCENA CASTRO, CLAUDIA E. CASTRO, JOSE SILVESTRE CASTRO,

    Plaintiffs,

vs.

CRAIG STUART POULTON, individually and as the employee of USF REDDAWAY, INC.,

    Defendants.

Case No. 2:15-cv-01908-JCM-GWF

**ORDER**

This matter is before the Court on Defendants' Motion to Substitute Attorney (ECF No. 66), filed on March 31, 2016.

Counsel for Defendants represent that Jay J. Schuttert, Esq. is no longer associated with the law firm of Snell & Wilmer LLP. Therefore, counsel requests that Mr. Schuttert be removed as attorney of record for Defendants. Counsel also indicates that Defendants will continue to be represented by Morgan Petrelli, Esq. and Janine Prupas, Esq. of Snell & Wilmer LLP. The Court finds that counsel has provided good cause to justify granting Mr. Schuttert's withdrawal. Accordingly,

**IT IS HEREBY ORDERED** that Defendants' Motion to Substitute Attorney (ECF No. 66) is **granted**.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall remove Jay J. Schuttert, Esq. from the CM/ECF service list in this case.

DATED this 3rd day of April, 2017.

                                                        _/s/ George Foley Jr._
                                                        GEORGE FOLEY, JR
                                                        United States Magistrate Judge