# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

AZUCENA CASTRO, CLAUDIA E. CASTRO, JOSE SILVESTRE CASTRO,

    Plaintiffs,

vs.

CRAIG STUART POULTON, individually and as the employee of USF REDDAWAY, INC.,

    Defendants.

Case No. 2:15-cv-01908-JCM-GWF

**ORDER**

This matter is before the Court on Defendants' Motion to Strike Reply (ECF No. 79) and Motion to Strike Replies (ECF No. 80), filed on April 18, 2017. Plaintiff filed her Non-Oppositions (ECF Nos. 84, 85) on May 2, 2017.

On March 6, 2017 Plaintiff filed her Motion to Strike defense expert Jack Broadhurst under Daubert (ECF No. 51) and her errata (ECF No. 52) to her Motion to Strike. On March 20, 2017, Defendants filed their Response. ECF No. 58. On March 27, 2017, Plaintiff filed her Reply. ECF No. 64. Plaintiff's Motion to Strike under Daubert is considered a Motion in Limine. On March 20, 2017, Plaintiff filed her Motions in Limine #1 and #2 (ECF Nos. 59, 60). On April 3, 2017, Defendants filed their Responses. ECF Nos. 68, 69. On April 10, 2017, Plaintiff filed her Replies. ECF Nos. 73, 75. On March 31, 2017, Plaintiff filed her Motions in Limine #3, #4, and #5. ECF Nos. 61, 62, 63. On April 4, 2017, Defendants filed their Responses. ECF Nos. 70, 71, 72. On April 10, 2017, Plaintiff filed her Replies. ECF Nos. 74, 75, 77.

Defendants request that the Court strike Plaintiff's Reply to her Motion to Strike (ECF No. 64) and Replies to her Motions in Limine (ECF Nos. 73, 74, 75, 76, 77) pursuant to Local Rule ("LR") 16-3(b). In the alternative, Defendants request leave to file sur-replies. Plaintiff requests that the Court

consider her reply briefs and opposes Defendants' request for leave to file sur-replies unless new arguments are raised in the reply briefs. Local Rule 16-3(b) states that replies to motions in limine "will be allowed only with leave of the court." Plaintiff did not obtain leave of court to file her reply briefs. Accordingly,

**IT IS HEREBY ORDERED** that Defendants' Motion to Strike Reply (ECF No. 79) is **granted**. The Clerk of Court shall strike Plaintiffs Reply (ECF No. 64) to her Motion to Strike defense expert Jack Broadhurst.

**IT IS FURTHER ORDERED** that Defendants' Motion to Strike Replies (ECF No. 80) is **granted**. The Clerk of Court shall strike Plaintiffs Replies (ECF Nos. 73, 74, 75, 76, 77) to her Motions in Limine.

DATED this 3rd day of May, 2017.

GEORGE FOLEY, JR.
United States Magistrate Judge