Janine C. Prupas
Nevada Bar No. 9156
Morgan T. Petrelli
Nevada Bar No. 13221
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: jprupas@swlaw.com
Email: mpetrelli@swlaw.com

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| AZUCENA CASTRO, individually, CLAUDIA E. CASTRO, individually, JOSE SILVESTRE CASTRO,<br><br>Plaintiffs,<br><br>vs.<br><br>CRAIG STUART POULTON, individually; and as the employee of USF REDDAWAY, INC., an Oregon corporation; USF REDDAWAY, INC., an Oregon corporation; DOES I-X; and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | CASE NO.: 2:15-cv-01908-JCM-GWF<br><br>**STIPULATION AND ORDER TO CONTINUE SETTLEMENT CONFERENCE** |

COMES NOW, Plaintiff AZUCENA CASTRO ("Plaintiff) and Defendants CRAIG STUART POULTON and USF REDDAWAY, INC. ("Defendants"), by and through

///

///

///

///

///

///

///

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

their attorneys of record, and hereby stipulate and agree to continue the Settlement Conference [Dkt. No. 90], currently scheduled for June 29, 2017 at 9:00 a.m., to August 9, 2017 at 9:00 am Confidential settlement conference statements are due on August 2, 2017 according to ECF No. 90.

DATED this __24th__ day of May, 2017.

| SNELL & WILMER L.L.P. | THE COTTLE FIRM |
|---|---|
| By: /s/ Morgan T. Petrelli<br>Janine C. Prupas<br>Nevada Bar No. 9156<br>Morgan T. Petrelli<br>Nevada Bar No. 13221<br>3883 Howard Hughes Pkwy., Ste. 1100<br>Las Vegas, NV 89169 | By: /s/ Matthew D. Minucci<br>Robert W. Cottle,<br>Nevada Bar No. 4576<br>Matthew D. Minucci<br>Nevada Bar No. 12449<br>8635 South Eastern Avenue<br>Las Vegas, NV 89123 |
| Attorneys for Defendants | Attorneys for Plaintiffs |

**ORDER**

IT IS HEREBY ORDERED.

DATED this _____ May 25 _____, 2017.

_____
UNITED STATES MAGISTRATE JUDGE

Prepared and Submitted by:
SNELL & WILMER L.L.P.

/s/ Morgan T. Petrelli
Janine C. Prupas
Nevada Bar No. 9156
Morgan T. Petrelli
Nevada Bar No. 13221
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169

Attorneys for Defendants

4825-7161-7865