Janine C. Prupas
Nevada Bar No. 9156
Morgan T. Petrelli
Nevada Bar No. 13221
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: jprupas@swlaw.com
Email: mpetrelli@swlaw.com

Attorneys for Defendants

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| AZUCENA CASTRO, individually, CLAUDIA E. CASTRO, individually, JOSE SILVESTRE CASTRO,<br><br>Plaintiffs,<br><br>vs.<br><br>CRAIG STUART POULTON, individually; and as the employee of USF REDDAWAY, INC., an Oregon corporation; USF REDDAWAY, INC., an Oregon corporation; DOES I-X; and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | CASE NO.: 2:15-cv-01908-JCM-GWF<br><br>**STIPULATION AND ORDER FOR EXEMPTION FROM ATTENDANCE AT SETTLEMENT CONFERENCE** |

COMES NOW, Plaintiff AZUCENA CASTRO and Defendants CRAIG STUART POULTON and USF REDDAWAY, INC. ("Defendants"), by and through their attorneys of record, and hereby stipulate and agree to that Defendant Craig Poulton, individually, be exempt

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

from attending the settlement conference currently scheduled for September 25, 2017 at 9:00 a.m., as Mr. Poulton lives out of state and a representative for Defendants with binding authority to settle this matter on behalf all Defendants will be present for the duration of the conference.

DATED this __8th__ day of September, 2017.

| SNELL & WILMER L.L.P. | THE COTTLE FIRM |
|---|---|
| By: /s/ Morgan T. Petrelli<br>Janine C. Prupas<br>Nevada Bar No. 9156<br>Morgan T. Petrelli<br>Nevada Bar No. 13221<br>3883 Howard Hughes Pkwy., Ste. 1100<br>Las Vegas, NV 89169 | By: /s/ Matthew D. Minucci<br>Robert W. Cottle,<br>Nevada Bar No. 4576<br>Matthew D. Minucci<br>Nevada Bar No. 12449<br>8635 South Eastern Avenue<br>Las Vegas, NV 89123 |
| Attorneys for Defendants | Attorneys for Plaintiffs |

**ORDER**

IT IS HEREBY ORDERED.

DATED this __11th__ day of September, 2017.

_____
UNITED STATES MAGISTRATE JUDGE

Prepared and Submitted by:
SNELL & WILMER L.L.P.

/s/ Morgan T. Petrelli
Janine C. Prupas
Nevada Bar No. 9156
Morgan T. Petrelli
Nevada Bar No. 13221
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169

Attorneys for Defendants