Janine C. Prupas
Nevada Bar No. 9156
Morgan T. Petrelli
Nevada Bar No. 13221
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: jprupas@swlaw.com
Email: mpetrelli@swlaw.com

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| AZUCENA CASTRO, individually, CLAUDIA E. CASTRO, individually, JOSE SILVESTRE CASTRO,<br><br>Plaintiffs,<br><br>vs.<br><br>CRAIG STUART POULTON, individually; and as the employee of USF REDDAWAY, INC., an Oregon corporation; USF REDDAWAY, INC., an Oregon corporation; DOES I-X; and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | CASE NO.: 2:15-cv-01908-JCM-GWF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff AZUCENA CASTRO and Defendants CRAIG STUART POULTON, individually; and USF REDDAWAY, INC. by and through their respective counsel of record, that the above matter be dismissed in its entirety, with prejudice, each party to bear their own costs and attorneys' fees.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

The matter was resolved to the mutual satisfaction of the parties.

DATED this 27 day of October, 2017.

SNELL & WILMER L.L.P.

By: _____
Janine C. Prupas
Nevada Bar No. 9156
Morgan T. Petrelli
Nevada Bar No. 13221
3883 Howard Hughes Pkwy., Ste. 1100
Las Vegas, NV 89169

Attorneys for Defendants

THE COTTLE FIRM

By: _____
Robert W. Cottle
Nevada Bar No. 4576
Matthew D. Minucci
Nevada Bar No. 12449
8635 South Eastern Avenue
Las Vegas, NV 89123

Attorneys for Plaintiffs

**ORDER**

IT IS HEREBY ORDERED.

DATED October 31, 2017.

_____
UNITED STATES DISTRICT COURT JUDGE

Prepared and Submitted by:
SNELL & WILMER L.L.P.

_____
Janine C. Prupas
Nevada Bar No. 9156
Morgan T. Petrelli
Nevada Bar No. 13221
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169

Attorneys for Defendants